KATHLEEN M. CORRELL, OSB #871989
Attorney at Law
Correll & Associates
PO Box 13351
Portland, OR  97213
Tel: 503.284.0763  Fax: 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
Email:  kmc@kmcorrellattny.com

LAURIE BENDER, OSB#88157
Laurie Bender, P.C.
The Strowbridge Building
735 S.W. First Avenue, 2nd Floor
Portland, Oregon 97204
Tel: (503) 503.241.7075  Fax: 503.241.1768
Email: lbenderlaw@aol.com

OF ATTORNEYS FOR HOLLY ANN GRIGSBY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>vs.<br><br>HOLLY ANN GRIGSBY,<br>        Defendant. | No. 3:12-cr- 00431-02 (HA)<br><br>DEFENDANT GRIGSBY'S MOTION TO CONTINUE TRIAL DATE |

   Defendant Holly Ann Grigsby, by and through counsel Kathleen M. Correll and Laurie Bender, hereby moves this Court for an Order continuing the trial date in this matter.

   Ms. Grigsby believes the ultimate trial setting and other important litigation dates can be more firmly scheduled following a Government update on the progress of its discovery audit (currently not completed) and its upcoming discovery release schedule to defendants.

1—DEFENDANT GRIGSBY'S MOTION TO CONTINUE TRIAL DATE

Ms. Grigsby remains incarcerated at the Columbia County Jail.

The Government does not oppose Ms. Grigsby's motion. Mr. Pedersen does oppose this Motion.

This Motion is supported by the accompanying Declaration of Counsel.

DATED: February 28, 2014 , 2014.

                                                  s/ Kathleen M. Correll
                                                  KATHLEEN M. CORRELL, OSB 871989
                                                  Of Attorneys for Holly Ann Grigsby

CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **DEFENDANT GRIGSBY'S MOTION TO CONTINUE TRIAL DATE** on the following attorneys by electronic case filing, a full and correct copy thereof on the  28th  day of February, 2014:

Ms. Amanda Marshall
United States Attorney for Oregon
Scott Asphaug
Assistant United States Attorney
Suite 600
1000 SW Third Avenue
Portland, OR  97204-2902

Renee Manes
Federal Public Defender's Office
101 SW Main St, Ste 1700
Portland, OR 97204

Mr. Richard Wolf, PC
12940 NW Marina Way, Slip A
Portland, OR 97231

    s/ Kathleen M. Correll
_____
Kathleen M. Correll
Of Attorneys for Defendant Holly Grigsby

CERTIFICATE OF SERVICE