# *Michael W. Staropoli*
Attorney at Law
4535 SW Laurelwood Avenue
Portland, OR 97225

*ph:* 503.226.2332
*fx:* 503.546.2236
mwstaropoli@gmail.com

April 4, 2014                     *delivered electronically*

The Honorable Ancer L Haggerty
Senior US District Court Judge
1307 US Courthouse
1000 SW 3rd Ave
Portland OR 97204

RE: Case No. 3:12-CR-00431

Dear Judge Haggerty:

I have previously accepted service of a subpoena issued to my client David Steele by Ms. Manes. The hearing for which that subpoena was issued was originally scheduled for March 11, 2014. It is my understanding that this hearing was continued to this coming Monday, April 7, 2014.

If called to testify in that hearing Mr. Steele will, upon advice of counsel, invoke his 5th Amendment rights and he will decline to testify.

It is my understanding from communications with the court that this letter is sufficient and it is not necessary for Mr. Steele to appear at court in order for him to invoke this privilege. As a result, we do not intend to have Mr. Steele present at the hearing. If I am mistaken, and he is otherwise required to appear, please have your staff contact me and he will appear in person at the hearing.

If there is anything further the court needs in this regard please do not hesitate to have your staff contact me. I will work to respond as quickly as possible.

Thank you.

Sincerely,

MICHAEL W. STAROPOLI

cc: S. Asphaug, R. Wolf, R. Manes